NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| BENTON B. BELL, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 2D18-2894 |
| | ) | |
| STATE OF FLORIDA, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

Opinion filed January 23, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pasco County; Susan G. Barthle,
Judge.

Benton B. Bell, pro se.


PER CURIAM.


      Affirmed.  See Tisdol v. State, 794 So. 2d 576 (Fla. 2001); Summers v.

State, 684 So. 2d 729 (Fla. 1996); Bell v. State, 184 So. 3d 525 (Fla. 2d DCA 2015)

(table decision).


NORTHCUTT, SLEET, and SALARIO, JJ., Concur.